**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-12559-ELF

DANIEL FREDERICK HARTSHORN

382 HILLTOP ROAD

PAOLI, PA 19301-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANIEL FREDERICK HARTSHORN

382 HILLTOP ROAD

PAOLI, PA 19301-

Counsel for debtor(s), by electronic notice only.

ANTHONY A FRIGO ESQ
175 STRAFFORD AV
SUITE 1
WAYNE, PA 19087-

Date: 2/1/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee