United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daniel Frederick Hartshorn  
    Debtor

Case No. 18-12559-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 09, 2021      Form ID: 138NEW      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Frederick Hartshorn, 382 Hilltop Rd., Paoli, PA 19301-1211 |
| 14092736 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14092737 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14125062 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14092739 | | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 490040, St. Louis, MO 63179 |
| 14206355 | + | PNC BANK, C/O JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14258084 | + | PNC BANK NA, C/O JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14563853 | + | PNC BANK, NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14563453 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14092743 | | Pennsylvania Dept. of Revenue, Dept 280948, Harrisburg, PA 17128-2601 |
| 14092746 | + | The Law Offices of Anthony A. Frigo, 175 Strafford Ave., Suite One, Wayne, PA 19087-3317 |
| 14108527 | #+ | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14092747 | | Wells Fargo Home Mor, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 09 2021 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 09 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14092735 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 09 2021 23:25:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14125778 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2021 23:36:46 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14101500 | | Email/Text: mrdiscen@discover.com | Aug 09 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14092740 | + | Email/Text: mrdiscen@discover.com | Aug 09 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14092741 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2021 23:25:00 | Internal Revenue Service, Unsolvency Unit, P.O. |

Case 18-12559-elf    Doc 76    Filed 08/11/21    Entered 08/12/21 00:33:18    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: 138NEW | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 7346, Philadelphia, PA 19101-7346 |
| 14092738 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 09 2021 23:36:44 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14092742 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2021 23:25:00 | Kohls/Capital One, Attn: Bankruptcy, N56 W17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14198018 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2021 23:25:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14092744 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2021 23:25:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14092745 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2021 23:36:46 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14092748 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 09 2021 23:36:44 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14258737 | *+ | The Law Offices of Anthony A. Frigo, 175 Strafford Ave., Suite One, Wayne, PA 19087-3317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Daniel Frederick Hartshorn anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK NA paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: 138NEW | Total Noticed: 27 |

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Daniel Frederick Hartshorn

      Debtor(s)

Bankruptcy No: 18−12559−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                       For The Court
                                                  Timothy B. McGrath
                                                    Clerk of Court

Dated: 8/9/21

                                                                          75 − 74
                                                                     Form 138_new