# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Daniel Frederick Hartshorn AKA** : | Case No.: 18-12559 |
| **Daniel F. Hartshorn, AKA Daniel** : | Chapter 13 |
| **Hartshorn** : | Judge Eric L. Frank |
| : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

18-014951_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-12559** |
| **Daniel Frederick Hartshorn AKA Daniel** : | **Chapter 13** |
| **F. Hartshorn, AKA Daniel Hartshorn** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Daniel Frederick Hartshorn AKA Daniel** : | |
| **F. Hartshorn, AKA Daniel Hartshorn** : | |
| **Audrey Hartshorn** : | |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Anthony A. Frigo, Attorney for Daniel Frederick Hartshorn AKA Daniel F. Hartshorn, AKA Daniel Hartshorn, 175 Strafford Ave., Suite One, Wayne, PA  19087, anthonyfrigo@msn.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2021:

Daniel Frederick Hartshorn AKA Daniel F. Hartshorn, AKA Daniel Hartshorn and Audrey Hartshorn, 382 Hilltop Rd., Paoli, PA  19301

Daniel Frederick Hartshorn AKA Daniel F. Hartshorn, AKA Daniel Hartshorn and Audrey Hartshorn, 382  Hilltop Rd., Paoli, PA  19301

18-014951_PS

DATE: <u>September 20, 2021</u>

<u>/s/ Adam B. Hall</u>
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-014951_PS