United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daniel Frederick Hartshorn  
    Debtor

Case No. 18-12559-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel Frederick Hartshorn, 382 Hilltop Rd., Paoli, PA 19301-1211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Daniel Frederick Hartshorn anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK NA paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 20, 2021 | Form ID: 195 | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 13

Daniel Frederick Hartshorn                                        : Case No. 18−12559−elf

        Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 20, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court